# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 15, 2007

Mr Daniel Kelley
Mississippi Department of Corrections
East Mississippi Correctional Facility
#62563
10641 Highway 80 W
Meridian, MS 39307

        No. 07-60306 Kelley v. Greer
        USDC No. 3:05-CV-62

Before this appeal can proceed you must apply for a certificate of appealability (COA) to comply with 28 U.S.C. § 2253. If you wish to proceed, address your application for COA to this court. Also send a separate brief supporting the application. In the brief set forth the issues, clearly give supporting arguments and make appropriate record citations. Your "application for COA" and "brief in support" together may not exceed a total of 30 pages. You must file 2 legible copies within 40 days from the date of this letter. If you do not do so we will dismiss the appeal, see 5TH CIR. R. 42. Note that 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state the court's sense that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

The district court denied you permission to appeal in forma pauperis. You need to: (1) pay the $450.00 appellate docketing fee and an additional fee of $5.00 for filing the notice of appeal (28 U.S.C. § 1917) to the district court; or (2) file a motion requesting permission to appeal in forma pauperis. Attach to the motion the affidavit required by FED. R. APP. P. 24. You must file your request to appeal in forma pauperis by the date set for filing your brief. If you do not file the request by that date, or if you do not receive an extension of time from this court, you cannot proceed without paying costs. We will dismiss your appeal if you fail to pay the fees or to request permission to proceed in forma pauperis within 40 days.

By copy of this letter, we advise counsel for respondent-appellee that no response to the application and brief is required.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Cindy Broadhead
Cindy Broadhead, Deputy Clerk
504-310-7707

cc: Ms Jerrolyn M Owens

BR-7 (COA)

Case No. 07-60306

DANIEL KELLEY

        Petitioner - Appellant

       v.

LARRY GREER

        Respondent - Appellee